IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LAURA A. FEDALE,** | : | |
| | : | |
| Plaintiff, | : | C.A. No.: 04-253 |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| **MELVIN F. COBB,** | : | |
| | : | |
| Defendant. | : | |

NOTICE OF DEPOSITION

TO: Michael I. Silverman, Esquire
Silverman, McDonald & Friedman
1010 N. Bancroft Parkway
Wilmington, DE 19805

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of **Terrence Burrage** on **Tuesday, March 22, 2005** at **2:00 p.m.** at the offices of Reger & Rizzo, LLP, 1001 Jefferson Plaza, Suite 202, Wilmington, Delaware.

REGER & RIZZO, LLP

s/s Carol J. Antoff
Carol J. Antoff, Esquire
Delaware State Bar I.D. No. 3601
1001 Jefferson Plaza, Suite 202
Wilmington, DE  19801
(302) 652-3611
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LAURA A. FEDALE, | : | |
| | : | |
| Plaintiff, | : | C.A. No.: 04-253 |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| MELVIN F. COBB, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify on this 3rd day of March 2005that a true and correct copy of the foregoing Notice of Deposition has been served electronically upon the following:

Michael I. Silverman, Esquire
Silverman, McDonald & Friedman
1010 N. Bancroft Parkway
Wilmington, DE 19805

REGER & RIZZO, LLP

s/s Carol J. Antoff
Carol J. Antoff, Esquire
Delaware State Bar I.D. No. 3601
1001 Jefferson Plaza, Suite 202
Wilmington, DE  19801
(302) 652-3611
Attorney for Defendant