IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAURA A. FEDALE, | : |
| Plaintiff, | : C.A. No.: 04-253 (KAJ) |
| v. | : TRIAL BY JURY DEMANDED |
| MELVIN F. COBB, | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL**

It is hereby STIPULATED by and between the parties that all claims in the above-captioned action are DISMISSED with prejudice.

SILVERMAN & MCDONALD

_/s/ Michael I. Silverman_
Michael I. Silverman, Esquire
1010 North Bancroft Parkway, Ste. 22
Wilmington, DE 19805

Dated:

REGER RIZZO KAVULICH & DARNALL, LLP

_/s/ Carol J. Antoff_
Carol J. Antoff, Esquire
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

Dated: 7/14/05